# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Joel Cervantes,<br>(A205 423 774)<br>*Defendant* | )<br>)<br>) Case No. 17-6350 MJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 29, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), a felony, and Title 8, U.S.C. § 1325(a)(2) a class B misdemeanor, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: AUSA Jacqueline Scheshol for AUSA Ryan Powell

☒ Continued on the attached sheet.

*Complainant's signature*
Darrin J. McNeill,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 2, 2017

*Judge's signature*

City and state: Phoenix, Arizona

David K. Duncan,
United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Count 1

On September 29, 2017, Joel Cervantes, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about August 8, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

### Count 2

On September 29, 2017, at or near Phoenix, in the District of Arizona, Joel Cervantes, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

## STATEMENT OF PROBABLE CAUSE

I, Darrin J. McNeill, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 29, 2017, while following a lead, officers with the Phoenix ICE Mobile Criminal Alien Team (MCAT) team encountered Joel Cervantes during a traffic stop at 7135 North 21st Avenue, in Phoenix, Arizona. At the scene, MCAT Officer R. Storz interviewed Cervantes and determined him to be a citizen of Mexico, illegally present in the United States. On the same date, Cervantes was transported to the Phoenix ICE office for further investigation and processing. Garcia Cervantes was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Joel Cervantes to be a citizen of Mexico and a previously deported criminal alien. Cervantes was removed from the United States to Mexico through Nogales, Arizona, on or about August 8, 2013, pursuant to the reinstatement of an order of removal issued by an immigration official. There is no

2

record of Cervantes in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Cervantes' immigration history was matched to him by electronic fingerprint comparison.

4. Furthermore, there is no record of Joel Cervantes in any Department of Homeland Security database to suggest that after his last removal from the United States he entered the United States at an official Port of Entry. Had Cervantes presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Cervantes entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Cervantes' immigration history was matched to him by electronic fingerprint comparison.

5. On September 29, 2017, Joel Cervantes was advised of his constitutional rights. Cervantes freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 29, 2017, Joel Cervantes, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near

Nogales, Arizona, on or about August 8, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and on September 29, 2017, at or near Phoenix, in the District of Arizona, Joel Cervantes, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2).

_____
Darrin J. McNeill,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 2nd day of October, 2017.

_____
David K. Duncan,
United States Magistrate Judge

4